**UNITED STATES COURT OF APPEALS**
for the
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of May, two thousand and thirteen,

_____

Anwar v. Fairfield Greenwich Limited

**ORDER**
Docket No: 13-1581

_____

APPELLANTS, Miguel Lomeli and Morning Mist Holdings Limited, have filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 6, 2013 as the brief/joint appendix filing date.

The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

